# United States Court of Appeals for the Federal Circuit

August 19, 2013

**ERRATA**

Appeal No. 2012-1196

**ASHLEY FURNITURE INDUSTRIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES**
*Defendant-Appellee,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

————————————————

2012-1196

Decided:  August 19, 2013
Precedential Opinion

————————————————

Please make the following change:

Page 1, change "10-CV-0081" to "07-CV-0323".